LEACH KERN GRUCHOW
ANDERSON SONG
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
cpittsenbarger@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:   (702) 538-9074
Facsimile:   (702) 538-9113
*Attorneys for Aliante Master Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> vs. <br><br> ALIANTE MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00591-GMN-GWF <br><br><br><br> **SUBSTITUTION OF ATTORNEY** |
| SFR INVESTMENTS POOL 1, LLC; ALIANTE MASTER ASSOCIATION; <br><br> Cross Claimant, <br> vs. <br><br> MARY LOUISE SLABON; NEVADA ASSOCIATION SERVICES, INC., <br><br> Cross Defendant, | |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counter Claimant, <br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Counter Defendant. | |

-1-

Defendant Aliante Master Association (the "Association"), hereby substitutes the law firm of Leach Kern Gruchow Anderson Song as its attorney of record in the place and stead of Robbins Law Firm (formerly Pengilly Law Firm) in the above-entitled action.

The Robbins Law Firm hereby consents to the substitution of the law firm of Leach Kern Gruchow Anderson Song as attorney of record for the Association in its place and stead.

Dated this 16 day of November, 2018.

ROBBINS LAW FIRM

_____ #12744

1995 Village Center Circle, #190
Las Vegas, NV 89134
(702) 889-6665

The law firm of Leach Kern Gruchow Anderson Song hereby consents to its substitution of attorney of record for the Association in the place and stead of Robbins Law Firm.

Dated this 19 day of November, 2018.

LEACH KERN GRUCHOW ANDERSON SONG

_____
Sean L. Anderson
Nevada Bar No. 7259
T. Chase Pittsenbarger
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, Nevada 89128

The Association hereby consents to the substitution of Leach Kern Gruchow Anderson Song as its counsel of record in the place and stead of Robbins Law Firm.

ALIANTE MASTER ASSOCIATION

By: _____
Name: MICHAEL S BRETHCUTT
Its: PRESIDENT

IT IS SO ORDERED:

__George Foley Jr.__

-2-

UNITED STATES MAGISTRATE JUDGE

DATED: 11-20-2018