MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>ALIANTE MASTER ASSOCIATION;<br>SFR INVESTMENTS POOL 1, LLC; and<br>NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants.<br><br>AND RELATED CLAIMS | Case No: 2:16-cv-00591-GMN-GWF<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE PARTIES TO REPLY IN SUPPORT OF THEIR DISPOSITIVE MOTIONS [ECF NOS. 77, 78, AND 79]**<br><br>**(FIRST REQUEST)** |

Plaintiff Bank of America, N.A. and defendants Aliante Master Association, and SFR Investments Pool 1, LLC hereby agree as follow:

1. On December 3, 2018, BANA filed its second motion for partial summary judgment (ECF No. 77), Aliante filed its motion for summary judgment (ECF No. 78), and SFR filed its motion for summary judgment (ECF No. 79).

2. On December 21, 2018, Aliante filed its response in opposition to BANA's motion for summary judgment. (ECF No. 80.) The reply deadline was January 4, 2019.

3. On December 26, 2018, BANA filed its response in opposition to Aliante and SFR's motions for summary judgement. (ECF No. 81.) The reply deadline is January 9, 2019.

1

47446408;1

4. Also on December 26, 2018, SFR filed its response in opposition to BANA's motion for summary judgment. (ECF No. 82.) The reply deadline is January 9, 2019.

5. Counsel for the parties need additional time to reply to the arguments raised in each opposition and wish to have all replies due the same date. The additional time will allow the parties to properly address the issues raised.

6. The parties agree to extend the deadline to reply in support of their motions for summary judgment shall be extended until January 25, 2019.

7. This stipulation is made in good faith and not for the purposed of delay.

Dated January <u>8th</u>, 2019.

| AKERMAN LLP | LEACH KERN GRUCHOW ANDERSON SONG |
|---|---|
| */s/ Donna M. Wittig* | */s/ Chase Pittsenbarger* |
| MELANIE D. MORGAN, ESQ. | SEAN L. ANDERSON, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 7259 |
| DONNA M. WITTIG, ESQ. | T. CHASE PITTSENBARGER, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 13740 |
| 1635 Village Center Cir., Ste. 200 | 2525 Box Canyon Drive |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89128 |
| *Attorneys for Bank of America* | *Attorneys for Aliante Master Association* |

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

Dated this <u>10</u> day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

2

47446408;1