**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
cpittsenbarger@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Aliante Master Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> ALIANTE MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. <br><br> SFR INVESTMENTS POOL 1, LLC; ALIANTE MASTER ASSOCIATION; <br><br> Cross Claimant, <br><br> vs. <br><br> MARY LOUISE SLABON; NEVADA ASSOCIATION SERVICES, INC., <br><br> Cross Defendant, <br><br> SFR INVESTMENTS POOL 1, LLC, <br><br> Counter Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Counter Defendant. | Case No.: 2:16-cv-00591-GMN-GWF <br><br> **MOTION TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE BY DEFENDANT ALIANTE MASTER ASSOCIATION** |

-1-

Defendant Aliante Master Association ("Association") hereby requests that the insurance representative with full settlement authority for the Association, be permitted to appear telephonically at the Settlement Conference on Tuesday, February 19, 2019. This request is made because the insurance representative is located in Phoenix, Arizona.

Contact phone number for the insurance representative is (480) 375-2274.

Dated this 29th day of January, 2019.

LEACH KERN GRUCHOW ANDERSON SONG

Sean L. Anderson
Nevada Bar No. 7259
T. Chase Pittsenbarger
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Aliante Master Association*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 7, 2019

-2-